FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 27 AM 11:05

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSA LEE HAWKINS, BARBARA ANNE HAWKINS and JOAN MARIE JOHNSON | CIVIL ACTION NO: 00-3785 |
| Plaintiffs, | |
| v. | SECTION: M |
| JOE JONES d/b/a MELDER PUBLISHING CO. | MAGISTRATE: 3 |
| Defendant. | |

### Final Judgment

This matter came before the Court on plaintiffs' causes of action for: (1) breach of contract, (2) contract dissolution and (3) unfair competition; as well as defendant's counterclaim against plaintiffs for copyright infringement. A jury trial commenced on March 4, 2002 and concluded on March 5, 2002. Upon the conclusion of defendant's case, and after hearing all of the witnesses and evidence, and considering that defendant did not demonstrate ownership of a valid copyright, this Court granted plaintiffs' motion for Judgment as a Matter of Law, and awarded judgment for plaintiffs on defendant's sole cause of action for copyright infringement.

After hearing all of the witnesses and evidence and deliberating, the jury returned a verdict in favor of the plaintiffs and against the defendant as follows:

1. On plaintiffs' first cause of action, the defendant breached his contract with plaintiffs;

DATE OF ENTRY
MAR 27 2002

Page -1-

2. On plaintiffs' second cause of action, the contract between plaintiffs and defendant is dissolved;

3. On plaintiffs' third cause of action for unfair competition, the defendant engaged in unfair competition;

4. For defendant's breach of contract, plaintiffs are collectively entitled to damages in the amount of Four Hundred Ninety One Thousand, Five Hundred Seven dollars and Eighty Nine cents ($491,507.89);

5. All of defendant's worldwide copyrights for the song "Iko Iko" are surrendered and assigned to plaintiffs; and

6. Defendant shall surrender and assign to plaintiffs all worldwide licenses for the song "Iko Iko."

Now considering the jury findings and jury verdict, the entire record in this matter, including all prior submissions of the parties, all motions held pending trial, all pleadings and submissions in this case, as well as the direction of the Court to the entry of judgment:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that on plaintiffs' first cause of action, for breach of contract, judgment is awarded in favor of plaintiffs and against defendant in the amount of Four Hundred Ninety One Thousand, Five Hundred Seven dollars and Eighty Nine cents ($491,507.89), except that all amounts awarded for said breach of contract shall be credited towards any other monies awarded plaintiffs hereunder;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that on plaintiffs' second cause of action, for contract dissolution, judgment is awarded in favor of the plaintiffs and against the defendants, and the March 10, 1965 contract between plaintiffs and defendant is dissolved in its

entirety, and all of defendant's worldwide copyrights for the song "Iko Iko" are surrendered and assigned to plaintiffs;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that on plaintiffs' third cause of action, for unfair competition under the Lanham Act, due to defendant crediting himself and his family as the writers of the song "Iko Iko," judgment is awarded in favor of plaintiffs and against defendants in the amount of Four Hundred Ninety One Thousand, Five Hundred Seven dollars and Eighty Nine cents ($491,507.89), except that all amounts awarded for said unfair competition shall be credited towards any other monies awarded plaintiffs hereunder;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that on defendant's sole cause of action for copyright infringement, judgment is granted in favor of plaintiffs;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant shall surrender and assign to plaintiffs all worldwide licenses for the song "Iko Iko" within fourteen (14) days of entry of this judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant shall provide plaintiffs with all necessary documents and sign all forms necessary to convey to plaintiffs all worldwide copyrights for the song "Iko Iko"; and,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the plaintiffs shall be awarded their costs, to be determined at a later date by this Court.

New Orleans, Louisiana, this 26th day of March, 2002.

_____
**PETER BEER**
**UNITED STATES DISTRICT JUDGE**